# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10900

_____

DAVID MCCLENDON,

Plaintiff-Appellant,

*versus*

CHIEF JUDGE, BIBB COUNTY STATE COURT,
STATE OF GEORGIA,
Civil and Magistrate Courts, Bibb County,
PETTIS,
Sex Offender Registration, Bibb County,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

2                    Order of the Court                    25-10900

D.C. Docket No. 5:24-cv-00393-MTT

_____

Before BRANCH and GRANT, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED IN PART, *sua sponte*, for lack of jurisdiction because David McClendon's notice of appeal, filed on March 19, 2025, is untimely to appeal from the district court's January 13, 2025 final judgment dismissing the case without prejudice. *See* Fed. R. App. P. 4(a)(1)(A); 28 U.S.C. § 2107(a); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010) (providing that in a civil case, a timely notice of appeal is a jurisdictional requirement). McClendon's motion for reconsideration of that dismissal, filed on February 11, 2025, was not timely to toll the appeal deadline. *See* Fed. R. App. P. 4(a)(4)(A); *Browder v. Dir., Dep't of Corr.*, 434 U.S. 257, 265-69 (1978); *Green*, 606 F.3d at 1299-1302 (providing that an untimely motion filed pursuant to Fed. R. App. P. 4(a)(4) cannot toll the appeal period). However, McClendon's notice of appeal is timely to appeal from the court's March 4, 2025 order denying his motion for reconsideration. *See* Fed. R. App. P. 4(a)(1)(A); 28 U.S.C. § 2107(a).

Accordingly, McClendon's appeal is dismissed to the extent he challenges the January 13, 2025 final judgment and may proceed only as to his challenge to the March 4, 2025 order. No motion for reconsideration may be filed unless it complies with the timing and

25-10900　　　　　　　　Order of the Court　　　　　　　　3

other requirements of 11th Cir. R. 27-2 and all other applicable rules.